**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-6856

KHAMARI HUNTER,

Plaintiff - Appellant,

v.

TRISHA BROWN, Lieutenant; GABE MORGAN, Sergeant; GARRETT ARMSTRONG, Sergeant,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Rossie David Alston, Jr., District Judge. (1:24-cv-00942-RDA-WBP)

Submitted: April 2, 2025                    Decided: August 19, 2025

Before AGEE and HARRIS, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Khamari Hunter, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Khamari Hunter appeals the district court's order dismissing Hunter's 42 U.S.C. § 1983 complaint for failure to comply with a court order without prejudice to Hunter's right to refile his complaint. Although Hunter contends he filed the in forma pauperis application as directed by the court, the court did not receive the application within the time designated. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Hunter v. Brown*, No. 1:24-cv-00942-RDA-WBP (E.D. Va., Aug. 7, 2024). Hunter may refile his complaint, but we note that the statute of limitations continues to run. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
